56 P.3d 732

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Bonilla v. Bonilla | 24663 | 10/17/2002 Denied | 99 Hawai'i 286, 54 P.3d 922 |
| Chon v. Association of Apartment Owners of Lele Pono, Inc. | 25185 | 10/18/2002 Denied | |
| Flores v. Barretto | 23071 | 10/23/2002 Denied | 99 Hawai'i 270, 54 P.3d 441 |
| State v. Gallant | 23686 | 10/11/2002 Denied | 98 Hawai'i 507, 51 P.3d 374 |
| State v. Ramos | 25072 | 10/10/2002 Denied | |
| Takaki v. Cambra | 24458 | 10/15/2002 Denied | |
| Tataii v. Yoshina | 25353 | 10/17/2002 Denied | |

| | | | |
|---|---|---|---|
| Crowley v. City and County of Honolulu | 23395 | 10/18/2002 Granted | |
| Nacino v. Chandler | 23572 | 10/21/2002 Granted | |
| Tetreault v. Tetreault | 23761 | 10/24/2002 Denied | |